UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTIN RICHARD PEMSTEIN, | ) | NO. SACV 11-00016-JAK (MAN) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| STATE OF CALIFORNIA, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: April 3, 2012.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE